No. 1064, Misc.   PERRY *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 1192, Misc.   DUKES *v.* SAIN, SHERIFF.   C. A. 7th Cir.   Certiorari denied.   *Charles A. Bellows* for petitioner.

No. 588, Misc.   KOSTAL ET AL. *v.* STONER, JUDGE, ET AL. C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioners *pro se.   F. E. Dickerson* for respondents.

No. 907, Misc.   EX PARTE STICKNEY.   Court of Criminal Appeals of Texas.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   Petitioner *pro se.   Carl E. F. Dally* for the State of Texas, respondent.

No. 581, Misc.   CRAWFORD *v.* CIRCUIT COURT OF KALAMAZOO ET AL., *ante,* p. 842.   Rehearing denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this application.

MAY 14, 1962.*

No. ——.   CARBO *v.* UNITED STATES.   The application for review of the order of the Circuit Justice denying bail pending appeal is denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *William B. Beirne, A. L. Wirin* and *Fred Okrand* for petitioner.

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.